BEFORE THE SECOND DIVISION, FEBRUARY 4, 1948

**No. 52155.**—Amrein Freudenberg & Co., Inc., et al. *v.* United States, protests 493322–G, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.